**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-01182-PAB

JAMES BRUCE ADAMS,

    Plaintiff,

v.

RICHARD SCHURADE,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the findings of fact and conclusions of law entered by the Court on the record at the May 10, 2013 Hearing to Show Cause Why the Temporary Protection Order Should Not Be Made Permanent (Courtroom Minutes, Docket No. 16) and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered. It is

**ORDERED** that judgment is hereby entered in favor of the defendant and against the plaintiff.  It is

**FURTHER ORDERED** that this case is dismissed without prejudice.

  Dated at Denver, Colorado this 16th day of May, 2013.

                                                    FOR THE COURT:
                                                    JEFFREY P. COLWELL, CLERK

                                                    By: s/ Edward Butler
                                                    Edward Butler, Deputy Clerk